UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TERESA L. O.,<br><br>          Plaintiff,<br><br>          v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>          Respondent. | Case No. 2:24-cv-09592-KK (DTB)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

1

IT THEREFORE IS ORDERED that Judgment be entered reversing the decision of the Commissioner and remanding this action for further proceedings consistent with the Report and Recommendation.

Dated: 10/31/2025

_____
KENLY KIYA KATO
United States District Judge