JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TERESA L. O.,<br><br>             Plaintiff,<br><br>      v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>             Respondent. | Case No. 2:24-cv-09592-KK (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Commissioner is reversed and this action is remanded for further proceedings consistent with the Report and Recommendation. (JS-6)

Dated: 10/31/2025

KENLY KIYA KATO
United States District Judge